IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAWANDA HILLIARD,　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　Plaintiff,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）　　CASE NO. CV410-146
　　　　　　　　　　　　　　　　　　）
SECURITAS SECURITY SERVICES, USA　）
INC.,　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　Defendant.　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）

## O R D E R

Before the Court is the Magistrate Judge's report and recommendation (Doc. 2), to which objections have been filed (Doc. 4). After a careful de novo review, the Court concurs with the Magistrate Judge's report and recommendation, and finds Plaintiff's objections to be without merit.[1] Accordingly, the Court **ADOPTS** the report and recommendation as its opinion. This case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 14th day of July 2010.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff objects that it took several weeks for her to receive her right to sue letter. (Doc. 4 at 1.) However, the time period considered by the Magistrate Judge began on the date when she avers that she received her right to sue letter, not the date that the letter was sent. (See Doc. 1 at 3 (stating that Plaintiff received her right to sue letter on March 15, 2010).) Accordingly, this objection is unavailing.